[No. 13250–8–II.   Division Two.   March 7, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT MICHAEL JONES, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 89–1–00218–3, J. Dean Morgan, J., entered August 31, 1989. *Affirmed* by unpublished opinion per

Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Alexander, J.